UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:23-cv-00226-MOC

| | | |
|---|---|---|
| **LAVONDA ROBERTS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **KILOLO KIJAKAZI,** | ) | |
| **Acting Commissioner of Social Security** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on Plaintiff's Motion for Admission *Pro Hac Vice* of David F. Chermol. (Doc. No. 4). Having considered such motion, the Court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion for Admission *Pro Hac Vice* of David F. Chermol, (Doc. No. 4), is **GRANTED**, and David F. Chermol is admitted to practice before the Bar of this Court while appearing with local counsel in this particular case.

Signed: May 22, 2023

Max O. Cogburn Jr
United States District Judge