UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-226-MOC

| | |
|---|---|
| LAVONDA ROCHELLE ROBERTS, ) ) Plaintiff, ) ) v. ) ) KILOLO KIJAKAZI, ) Acting Commissioner of Social Security, ) ) Defendant. ) | **ORDER** |

**THIS MATTER** is before the Court on Defendant's Consent Motion to Remand. (Doc. No. 11). The motion is **GRANTED**.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing Defendant's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of Defendant's motion, with Plaintiff's consent, to remand this case for further administrative proceedings, the Court hereby remands this case to Defendant, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. *See* Melkonyan v. Sullivan, 501 U.S. 89 (1991); Shalala v. Schaefer, 509 U.S. 292 (1993).

Furthermore, Plaintiff's brief, showing as a pending motion in Doc. No. 8, shall be terminated as **MOOT**.

Signed: October 18, 2023

Max O. Cogburn Jr.
United States District Judge