UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:23-cv-00226-MOC

| | |
|---|---|
| **LAVONDA ROBERTS,** | ) |
| Plaintiff, | ) |
| | ) **ORDER** |
| v. | ) |
| | ) |
| **KILOLO KIJAKAZI,** | ) |
| Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

**THIS MATTER** comes before the Court on Plaintiff's Unopposed Motion for Attorney Fees under the Equal Access to Justice Act. (Doc. No. 14). Counsel for the Acting Commissioner stipulate to the requested fee. (Id. ¶ 6).

**IT IS, THEREFORE, ORDERED** that Plaintiff, Lavonda Roberts, is awarded attorney fees under the EAJA in the amount of six thousand eight hundred dollars and 00/100 Cents ($6,800.00) under 28 U.S.C. § 2412. These attorney fees will be paid directly to Plaintiff, Lavonda Roberts, and sent to the business address of Plaintiff's counsel, David F. Chermol. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

**SO ORDERED**.

Max O. Cogburn Jr.
United States District Judge